FILED
NOV 1 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ᴍᴋ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　　　v.

RICHARD ALLEN RAINEY,

　　　　　　　Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. CR 94-0451 ABC

**ORDER OF DETENTION**

**[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)]**

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.　　(X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on (1) his lack of sufficient bail resources; (2) he committed the alleged violations while he was on state parole; (3) and the instant allegations indicate that he is not amenable to supervision.

　　　　and/or

B.   ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: _____ Nov. 10 _____, 2010.

_____
Fernando M. Olguin
United States Magistrate Judge